# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

SONY BMG MUSIC ENTERTAINMENT,
ARTISTA RECORDS LLC, and BMG MUSIC,

    Plaintiffs,

v.                                                                                       CASE NO: 8:07-cv-2250-T-26MSS

LAUREN BOXHILL,

    Defendant.
_____/

## O R D E R

Upon due and careful consideration of the procedural history of this case, and based on the submission of Plaintiffs' counsel, it is ordered and adjudged as follows:

1) Plaintiffs' Motion to Compel and for Sanctions (Dkt. 16) is granted.

2) Defendant Lauren Boxhill shall appear for her deposition in aid of execution at a date, time, and place specified by Plaintiffs' counsel and shall bring with her the documents specified in the subpoena previously served on her by Plaintiffs' counsel.

3) Plaintiffs' counsel is directed to serve a copy of this order, as well as a notice of the date, time, and place for Defendant's deposition in aid of execution, by United States certified mail, return receipt requested, and shall file a certificate attesting to the fact of service.

4) Defendant is put on notice that should she fail to appear for her deposition and bring with her the documents requested that, upon further motion of Plaintiffs' counsel, the Court will

convene a show cause hearing to determine what sanctions to impose, including the sanction of contempt of this Court.

    5) The Court will withhold the imposition of sanctions pending Defendant's compliance with this order.

    6) The Clerk is directed to send a copy of this order to Defendant at the following address: 2925 Network Place, Apartment 103b, Lutz, Florida 33559-2135.

    **DONE AND ORDERED** at Tampa, Florida, on November 21, 2012.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record